UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 08, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO ALONSO SOTO-GONZALEZ,,<br><br>　　　　Defendant. | Case No.  2:11-CR-00167-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ERNESTO ALONSO SOTO-GONZALEZ,</u>, Case No. <u>2:11-CR-00167-TLN</u> Charge <u>8 U.S.C. § 1326(a) - Illegal Reentry</u>, from custody for the following reasons:

　　_____ Release on Personal Recognizance

　　_____ Bail Posted in the Sum of $ _____

　　　　_____ Unsecured Appearance Bond $ _____

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　　　__X__ (Other): <u>Defendant Sentenced to Time Served.</u>

Issued at Sacramento, California on May 08, 2014 at 1:30 P.M.

By: _____
District Judge Troy L. Nunley